U.S. DISTRICT COURT JUDGE ROBERT S. LASNIK
U.S. MAGISTRATE JUDGE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICKY D. HASHBARGER, ) | No. C10-1376-RSL-MAT |
| Plaintiff, ) | |
| ) | [~~PROPOSED~~] ORDER RE |
| v. ) | EXTENSION OF TIME ON |
| ) | BRIEFING SCHEDULE |
| MICHAEL J. ASTRUE, Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## **ORDER**

Based on the stipulation of the parties, it is hereby ORDERED that the briefing schedule be amended as follows:

Plaintiff's Initial Brief:          March 3, 2011

Defendant's Responsive Brief:       March 31, 2011

Plaintiff's Reply Brief:            April 14, 2011

DATED this <u>4th</u> day of February, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

[~~PROPOSED~~] ORDER RE EXTENSION OF TIME
ON BRIEFING SCHEDULE - 1

**STEVEN M. ROBEY, P.S.**
1414 F Street
Bellingham, WA 98225
Phone: (360) 676-2548
Fax: (360) 647-7838

1  Presented by:

2  s/ David A. Namba
David A. Namba, WSBA# 29347
Attorney for Plaintiff
3  1414 F Street
Bellingham, WA 98225
4  Telephone: 360.676.2548
Fax: 360.647.7838
E-mail: robey@nas.com
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

[PROPOSED] ORDER RE EXTENSION OF TIME
ON BRIEFING SCHEDULE - 2

**STEVEN M. ROBEY, P.S.**
1414 F Street
Bellingham, WA 98225
Phone: (360) 676-2548
Fax: (360) 647-7838