UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| NICKY D. HASHBARGER,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C10-1376-RSL-MAT<br><br><br>[~~PROPOSED~~] ORDER AMENDING THE SCHEDULING ORDER |

Based upon the motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before May 2, 2011; and

- Plaintiff shall file the Optional Reply Brief on or before May 16, 2011.

**This is the parties' second stipulation to extend the briefing schedule. No additional extensions will be granted absent extraordinary circumstances.**

DATED this <u>31st</u> day of March, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

Page 1  ORDER - [C10-1376-RSL-MAT]

1

2

Presented By:

3

/s/ Kathy Reif

4
KATHY REIF
Special Assistant U.S. Attorney

5
Office of the General Counsel
Social Security Administration

6
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104-7075

7
Telephone:  (206) 615-3851
Fax:  (206) 615-2531

8
kathy.reif@ssa.gov

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23