UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
NICKY D. HASHBARGER,                      )
                                          )  No. C10-1376RSL
                    Plaintiff,            )
            v.                            )
                                          )
MICHAEL J. ASTRUE,                        )  ORDER REMANDING MATTER TO
                                          )  COMMISSIONER OF SOCIAL
                    Defendant.            )  SECURITY
_____)

This matter comes before the Court on the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the parties' objections thereto.[1] Having considered the parties' submissions and the remainder of the record, the Court does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings not inconsistent with the Report and Recommendation.

(3) On remand, the Commissioner may reevaluate plaintiff's credibility in light of

---

[1] Although plaintiff's objections were untimely filed, they have been considered by the Court.

ORDER REMANDING MATTER TO
COMMISSIONER OF SOCIAL SECURITY

plaintiff's personality disorder and any new evidence presented.

Dated this 22nd day of September, 2011.

*Robert S. Lasnik*

Robert S. Lasnik
United States District Judge