UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICKY D. HASHBARGER, | ) |
| | ) CASE NO. C10-1376-RSL |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) REPORT AND RECOMMENDATION |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

INTRODUCTION AND SUMMARY CONCLUSION

Plaintiff submitted a motion for attorney's fees, expenses, and costs under the Equal Access to Justice Act (EAJA). (Dkt. 27.) Plaintiff seeks an award of $6,009.00 in attorney's fees and $25.53 in expenses pursuant to the EAJA, 28 U.S.C. § 2412, and $20.30 in costs pursuant to 28 U.S.C. § 1920. Defendant does not object to the request. (Dkt. 29.) Having considered the motion and accompanying documents, the Court finds the request reasonable and recommends that plaintiff's motion (Dkt. 27) be GRANTED, and plaintiff awarded the attorney's fees, expenses, and costs requested. A proposed order accompanies this Report and

01 Recommendation.

02     DATED this 17th day of January, 2012.

                                            _____
                                            Mary Alice Theiler
                                            United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2