UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICKY D. HASHBARGER, | ) |
| | ) CASE NO. C10-1376-RSL |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER GRANTING PLAINTIFF'S |
| | ) MOTION FOR EQUAL ACCESS TO |
| MICHAEL J. ASTRUE, Commissioner of | ) JUSTICE ACT FEES AND COSTS |
| Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

The Court, after careful consideration of plaintiff's Motion for Equal Access to Justice Act Fees (Dkt. 27), defendant's statement of non-opposition (Dkt. 29), the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's Motion for EAJA fees and costs, in the amount of $6,009.00 for attorney's fees, $25.53 for expenses pursuant to 28 U.S.C. § 2412, and $20.30 in costs pursuant to 28 U.S.C. § 1920, is GRANTED; and

(3) The Clerk of the Court is directed to send copies of this Order to the parties and

ORDER GRANTING PLAINTIFF'S MOTION FOR
EQUAL ACCESS TO JUSTICE ACT FEES AND COSTS
PAGE - 1

01 to Judge Theiler.

02     DATED this 24th day of January, 2012.

03

04                                         /s/ Robert S. Lasnik
                                        Robert S. Lasnik

05                                         United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR
EQUAL ACCESS TO JUSTICE ACT FEES AND COSTS
PAGE - 2